WILSON TURNER KOSMO LLP
THERESA W. ESQUEDA (299739)
MELLANIA E. SAFARIAN (313100)
402 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: tesqueda@wilsonturnerkosmo.com
E-mail: msafarian@wilsonturnerkosmo.com

Attorneys for Defendant
TARGET CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SOLOMONS, an individual,<br><br>      Plaintiff,<br><br>   v.<br><br>TARGET CORPORATION,<br>ELIZABETH HUERTA, and DOES 1<br>through 25, inclusive,<br><br>      Defendants. | Case No.  5:25-cv-1335<br><br>**DEFENDANT TARGET CORPORATION'S NOTICE OF INTERESTED PARTIES** |

**TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

The undersigned, counsel of record for Defendant TARGET CORPORATION certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the District Court to evaluate possible disqualification or recusal.

1.      Plaintiff DAVID SOLOMONS ("Plaintiff") has a direct pecuniary interest in the outcome because he is the plaintiff who brought the action.

2.      Defendant TARGET CORPORATION ("Defendant"), a Minnesota corporation, has a direct pecuniary interest because it was Plaintiff's employer and it is a named defendant in this action.

///

DEFENDANT TARGET CORPORATION'S
NOTICE OF INTERESTED PARTIES

3.     Defendant ELIZABETH HUERTA ("Huerta") is an individual employed by Defendant and has a direct pecuniary interest because she is a named defendant in this action.

Defendant is not aware of any other natural person or entity with any financial interest and will supplement this information in the event it changes.

Dated:    May 30. 2025                 **WILSON TURNER KOSMO LLP**

By:     /s/ M*ellania E. Safarian*
THERESA W. ESQUEDA
MELLANIA E. SAFARIAN
Attorneys for Defendant
TARGET CORPORATION

-2-                              Case No. 5:25-cv-1335
DEFENDANT TARGET CORPORATION'S
NOTICE OF INTERESTED PARTIES