JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SOLOMONS, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, ELIZABETH HUERTA, and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No. 5:25-cv-01335 SSS-SP<br><br>**ORDER RE JOINT STIPULATION TO REMAND**<br><br>District Judge: Sunshine S. Sykes<br>Courtroom: 3<br><br>Magistrate Judge: Sheri Pym<br>Courtroom: 4<br><br>Trial Date: Not Set<br>Complaint Filed: April 18, 2025 |

Pursuant to the Stipulation of the Parties, signed by their counsel of record and for good cause appearing therefore, **IT IS HEREBY ORDERED** as follows:

(1) Defendant Elizabeth Huerta is dismissed from this action without prejudice; and

(2) This matter is hereby remanded to the jurisdiction of the Riverside County Superior Court for all further proceedings.

**IT IS SO ORDERED.**

Dated: July 28, 2025

                                            Honorable Sunshine S. Sykes
                                            United States District Judge